UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Image Express, Inc.,

Plaintiff,

vs.

Select Computing Incorporated;
Strategic Project Solutions, Inc.;
Herouy Berhane;
James Muyundo; and
St. Paul Fire and Marine
Insurance Company,

Defendants.

Civil No. 00-365 (DWF/AJB)

**STIPULATION TO ORDER EXTENDING TIME TO ANSWER COMPLAINT** and order

The parties, through their undersigned counsel, hereby stipulate that the Court may enter the attached order without further notice or a hearing.

Dated: March 13, 2000

DUCKSON & CARLSON LLC

Scott R. Carlson (#192284)
Benjamin R. Skjold (#292217)
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 317-9745

Attorneys for Image Express, Inc.

Dated: March 13, 2000

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

Attorneys for Defendants

M2:20299937.01

FILED MAR 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Image Express, Inc.,

Plaintiff,

vs.

Select Computing Incorporated;
Strategic Project Solutions, Inc.;
Herouy Berhane;
James Muyundo; and
St. Paul Fire and Marine
Insurance Company,

Defendants.

Civil No. 00-365 (DWF/AJB)

**ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' stipulation to an order under Fed. R. Civ. P. 15 extending the time for the defendants to answer the Amended Complaint in this matter. Based on the parties' stipulation,

IT IS HEREBY ORDERED that the motion is GRANTED. The defendants shall have until March 24, 2000 to answer or otherwise defend against the Amended Complaint.

SO ORDERED.

Dated: March 15th, 2000

ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE

M2:20299937.01

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK