UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Image Express, Inc.,

Plaintiff,

Civil No. 00-365 (DWF/AJB)

vs.

Select Computing Incorporated;
Strategic Project Solutions, Inc.;
Herouy Berhane;
James Muyundo; and
St. Paul Fire and Marine
Insurance Company,

Defendants.

**ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' stipulation to an order under Fed. R. Civ. P. 15 extending the time for the defendants to answer the Amended Complaint in this matter. Based on the parties' stipulation,

IT IS HEREBY ORDERED that the motion is GRANTED. The defendants shall have until May 1, 2000 to answer or otherwise defend against the Amended Complaint.

SO ORDERED.

Dated: April 19, 2000

ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE

M2:20307352.01

FILED APR 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK