UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Image Express, Inc.,

Plaintiff,

vs.

Select Computing Incorporated;
Strategic Project Solutions, Inc.;
Herouy Berhane;
James Muyundo; and
St. Paul Fire and Marine
Insurance Company,

Defendants.

Civil No. 00-365 (DWF/AJB)

**STIPULATION TO ORDER EXTENDING TIME TO ANSWER COMPLAINT AND ORDER**

The parties, through their undersigned counsel, hereby stipulate that the Court may enter the attached order without further notice or a hearing.

Dated: May 2, 2000

DUCKSON & CARLSON LLC

Scott R. Carlson (#192284)
Benjamin R. Skjold (#292217)
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 317-9745

Attorneys for Image Express, Inc.

Dated: May ___, 2000

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

Attorneys for Defendants

M2:20310309.01

FILED MAY 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Image Express, Inc.,

Plaintiff,

vs.

Select Computing Incorporated;
Strategic Project Solutions, Inc.;
Herouy Berhane;
James Muyundo; and
St. Paul Fire and Marine
Insurance Company,

Defendants.

Civil No. 00-365 (DWF/AJB)

**ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' stipulation to an order under Fed. R. Civ. P. 15 extending the time for the defendants to answer the Amended Complaint in this matter. Based on the parties' stipulation,

IT IS HEREBY ORDERED that the motion is GRANTED. The defendants shall have until May 15, 2000 to answer or otherwise defend against the Amended Complaint.

SO ORDERED.

Dated: May 3, 2000

ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE

M2:20310309.01

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK