**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Image Express, Inc.,

Plaintiff,

Civil No. 00-365 (DWF/AJB)

vs.

Select Computing Incorporated;
Strategic Project Solutions, Inc.;
Herouy Berhane;
James Muyundo; and
St. Paul Fire and Marine
Insurance Company,

Defendants.

**ORDER OF DISMISSAL**

---

This matter came before the Court on the parties' stipulation to an order under Fed. R. Civ. P. 41 dismissing this action with prejudice and on the merits. Based on the parties' stipulation,

IT IS HEREBY ORDERED that this action is hereby DISMISSED with prejudice and on the merits. Each side shall bear its own costs and attorneys' fees.

SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: May 25, 2000

DONOVAN W. FRANK
UNITED STATES DISTRICT JUDGE

M2:20313786.01

FILED MAY 25 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK