# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Image Express, Inc.

Plaintiff

v.

Select Computing Incorporated;
Strategic Project Solutions, Inc.;
Herouy Berhane; James Muyundo and
St. Paul Fire and Marine Insurance Company

Defendants

Case No. Civil 00-365 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice and on the merits. Each side shall bear its own costs and attorneys' fees.

DATE: May 25, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk